**No. 55407.**—Abraham & Straus, Inc. v. United States, protest 155285–K (New York).

Opinion by FORD, J.   The protest was dismissed.

**No. 55408.**—Strauss & Mueller v. United States, protest 156490–K (New York).

Opinion by FORD, J.   The protest was dismissed.

**No. 55409.**—American Viscose Corp. et al. v. United States, protests 157883–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

MARCH 28, 1951

**No. 55410.**—SUIT 4634.—United States v. Coro, Inc.— —C. D. 1189 affirmed February 6, 1951.   C. A. D. 444.

MARCH 30, 1951

**No. 55411.**—SUIT 4638.—United States v. D. Lisner & Co., Inc.— .—Abstract 53840 reversed January 16, 1951.   C. A. D. 443.